# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 29, 2025

Lyle W. Cayce
Clerk

No. 25-40133
Summary Calendar

———————————

Olamide Olatayo Bello,

*Petitioner—Appellant*,

*versus*

Mark Johnson, *Fannin County Sheriff*,

*Respondent—Appellee*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CV-365

———————————————————

Before Southwick, Duncan, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

Olamide Olatayo Bello, federal prisoner # 65100-510, moves for leave to proceed in forma pauperis (IFP) in this appeal of the district court's sua sponte dismissal of his 28 U.S.C. § 2241 petition for want of prosecution. The motion is a challenge to the district court's certification that the appeal

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

is not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

Bello fails to address meaningfully the district court's reasons for the dismissal of his § 2241 petition. Pro se briefs are afforded liberal construction. *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Nevertheless, when an appellant fails to identify any error in the district court's analysis, it is the same as if the appellant had not appealed the decision. *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Because Bello has failed to challenge meaningfully any factual or legal aspect of the district court's dismissal of his § 2241 petition, he has abandoned the critical issue of his appeal. *See id.* Thus, the appeal lacks arguable merit. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Accordingly, the motion for leave to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See Baugh*, 117 F.3d at 202 n.24; 5TH CIR. R. 42.2. Bello's motion to adopt all exhibits from a separate appeal is also DENIED.